ACCEPTED
01-15-01080-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/19/2016 3:18:41 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-15-01080-CR

| | | |
|---|---|---|
| HAROLD EARL REED, | § | IN THE COURT OF APPEALS |
| Appellant | § | 1st COURT OF APPEALS |
| | § | HOUSTON, TEXAS |
| VS. | § | IN HOUSTON, TEXAS |
| | § | 4/19/2016 3:18:41 PM |
| | § | CHRISTOPHER A. PRINE |
| THE STATE OF TEXAS, | § | 1st JUDICIAL DISTRICT |
| Appellee | | |

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, HAROLD EARL REED, Appellant, and files this Motion for Extension of Time to File Appellant's Brief, pursuant to Rules 10.5(b) and 38.6(d), Texas Rules of Appellate Procedure. In support of this Motion, Appellant would show the following:

I.

Appellant's brief was due to be filed on April 18, 2016. Counsel for Appellant requires an extension of one (1) day within which to complete and file Appellant's brief in this cause. This is Appellant's second request for extension of time.

II.

Counsel for Appellant has worked diligently on the brief since receiving the record, but has been unable to complete it for the following reasons:

1. Counsel for Appellant's office was closed on April 19, 2016 due to the flash flood emergency in Harris County, Texas and surrounding areas.

### III.

This request is not made for the purpose of delay, but rather this request is made to allow counsel adequate time to prepare Appellant's Brief. Appellant moves this Court for an order granting an extension of one (1) day, or until April 19, 2016 for Appellant to submit the brief in this case.

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court for an order granting an extension of one (1) day for Appellant to submit the brief in this case.

Respectfully submitted,


*/s/ Nicole DeBorde*
NICOLE DEBORDE
TBA No. 00787344
712 Main Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 228-8500
Facsimile: (713) 228-0034
Email: Nicole@BSDLawFirm.com

COUNSEL FOR APPELLANT,
HAROLD EARL REED

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Rule 9 of the Texas Rules Appellate Procedure, the undersigned counsel of record certifies that the motion contains 481 words.

*/s/ Nicole DeBorde*
NICOLE DEBORDE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Brief was delivered via email to Alan Curry, (curry_alan@dao.hctx.net) to the Harris County District Attorney's Office, Appellate Division, 1201 Franklin, Suite 600, Houston, Texas 77002 on this the 19th day of April, 2016.

/s/ Nicole DeBorde
NICOLE DEBORDE

CAUSE NO. 01-15-01080-CR

| HAROLD EARL REED, | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| VS. | § | IN HOUSTON, TEXAS |
| | § | |
| THE STATE OF TEXAS, | § | 1st JUDICIAL DISTRICT |

## **ORDER**

On this the _____ day of _____, 201___, came on to be heard the Appellant's Motion for Extension of Time to File Appellant's Brief and the Court is of the opinion that this Motion should be:

GRANTED, and the deadline for filing the Appellant's brief in Cause No. 01-15-01080-CR is extended to _____, 201__.

DENIED, to which action of the Court the Appellant objects.

SIGNED this the _____ day of _____, 201__.


_____
JUDGE PRESIDING